**Attachment 8 - Summons Form**

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
__Western__ District of __Texas__

Nikolas J. Britton
*Plaintiff*

v.

County of Travis, Texas et. al.
*Defendant*

Civil Action No. 1:23CV00189 RP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Delia Garza, County Attorney
314 West 11th Street Room 300
Austin, Texas 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Attorney: T.B.D.
email service as a reasonable accomidation: nikolas@qubitdyne.com

Plaintiff: Nikolas.J. Britton
12538 Riata Vista C,
Austin, Texas 7872

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Philip J. Devlin
*CLERK OF COURT*

Date: 2/17/2023

Rebecca J. M~
*Signature of Clerk or Deputy Clerk*

47

Rev. Ed. October 26, 2017

AO 440 (Rev. 12/09) Summons in a Civil Action

**Attachment 8 - Summons Form**

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

Nikolas J. Britton
*Plaintiff*

v.

County of travis, texas et.al.
*Defendant*

Civil Action No. 1:23CV00189 RP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Justice of the Peace Precinct two
10409 Burnet Road ste 180
Austin, Texas 78758

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Attorney: T.B.D.   plaintiff: Nikolas J. Britton
email service as a reasonable accomidation: nikolas@qubitdyne.com    12538 Riata Vista Cir
Austin, Texas 78727

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Philip J. Devlin
*CLERK OF COURT*

Date: 2/17/2023

Rebecca J. M.
*Signature of Clerk or Deputy Clerk*

47

**Attachment 8 - Summons Form**

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
__Western__ District of __Texas__

__Nikolas J. Britton__
*Plaintiff*

v.

__County of travis, texas et. al.__
*Defendant*

Civil Action No. __1:23CV00189 RP__

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Judge Randall Slagle
10409 Burnet Road
Austin, Texas 78758

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Attorney: T.B.D.
email service as a reasonable
accomidation: nikolas@qubitdyne.com

plaintiff: Nikolas J. Britton
12538 Riata Vista Cir
Austin, Texas
78727

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Philip J. Devlin
*CLERK OF COURT*

Date: 2/17/2023

Rebecca J. ___
*Signature of Clerk or Deputy Clerk*