IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| NIKOLAS JARED BRITTON, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-189-RP |
| COUNTY OF TRAVIS, JUSTICE OF THE PEACE, PRECINT TWO, RANDAL SLAGLE, and DOES 1-10, | § § § § § | |
| Defendants. | § § | |

## ORDER

Defendants Travis County, Justice of the Peace, Precinct Two, and Randall Slagle ("Defendants") filed a motion to dismiss on April 6, 2023. (Mot., Dkt. 7). Plaintiff Nikolas Jared Britton ("Plaintiff") did not file a timely response. On May 1, 2023, the Court issued a show cause order directing Plaintiff to file a response on or before May 15, 2023. (Order, Dkt. 8). To date, Plaintiff has still not filed a response.

Federal courts have the authority to dismiss a complaint for failure to prosecute. *Link v. Wabash R. Co.*, 370 U.S. 626, 633 (1962); Fed. R. Civ. P. 41(b) (permitting a court to dismiss an action if the plaintiff "fails to prosecute or to comply with . . . a court order"). Dismissal with prejudice may be appropriate if there is a "clear record of delay or contumacious conduct by the plaintiff" and if "lesser sanctions would not serve the best interests of justice." *Callip v. Harris Cty. Child Welfare Dep't*, 757 F.2d 1513, 1519 (5th Cir. 1985) (internal quotation marks and citation omitted). "A district court may dismiss *sua sponte*, with or without notice to the parties." *Rogers v. Kroger Co.*, 669 F.2d 317, 319 (5th Cir. 1982).

Here, nearly two months have passed since Defendants filed their motion to dismiss, with no response from Plaintiff. Moreover, there is no indication that the Defendants have been properly

served with the complaint, and Plaintiff has taken no action to commence this litigation since filing suit. Accordingly, the Court will dismiss the case for want of prosecution.

Accordingly, **IT IS ORDERED** that Plaintiff's claims against Defendants in this action are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Defendants' motion to dismiss, (Dkt. 7), is **MOOT**.

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

**SIGNED** on May 25, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE